# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SAMUEL B. RANDOLPH, IV, | : |
| **Plaintiff** | : |
| | : No. 2:19-CV-0790 |
| v. | : |
| | : **Judge Dodge** |
| JOHN WETZEL, SGT. GILMORE, DEPUTY DIALESANDRO, ZAKEN, CARO, FUNK, SARGENT TROUT, DR. DENISE SMYTH, LAWRENCE ALPERT, OFFICER JORDAN, C.O. I FEATHER, CO BRANDT, WILLIAM NICHOLSON, MARK HICE, RNS/ACTING (CHCA) JOHN MCANANY, P.A. RIDINGS, FIVE-MEMBER CERT TEAM FROM MAY 5, 2017, CO. LEWIS, HARRY CANCELMI, BRUCE POKOL, THREE JOHN DOE NURSES, MS. WOODS, KERI MOORE, ATTORNEY DOE, CO1 MCGEE, LT. MORRIS, SGT. WALTERS, TRACY SHAWLEY, CAPTAIN JOHN DOE, NURSE JAN MERCEIL, NURSE PAM TAKOWSKI AND MAJOR LEGGETT, | : **Electronically Filed Document** |
| **Defendants** | : |

## NOTICE OF APPEARANCE

Please enter my appearance on behalf of Defendants Wetzel, Moore, Brant, Caro, Dialesandro, Feather, Funk, Gilmore, Jordan, Leggett, Lewis, McAnany, McGee, Mercier (Beers), Morris, Nicholson, Pokol, Shawley, Tomasky, Walters, Wood, Zaken, Trout, and Captain John Doe, in the above-captioned case.

                                                    **Respectfully submitted,**

                                                    **MICHELLE A. HENRY**
                                                    **Attorney General**

2

|  |  |
|---|---|
|  | By:   *s/ Jorden P. Colalella* |
|  | **JORDEN P. COLALELLA** |
| **Office of Attorney General** | **Deputy Attorney General** |
| **1251 Waterfront Place** | **Attorney ID 316706** |
| **Mezzanine Level** |  |
| **Pittsburgh, PA 15222** | **KAREN M. ROMANO** |
| **Phone: (412) 565-5155** | **Chief Deputy Attorney General** |
| **jcolalella@attorneygeneral.gov** | **Civil Litigation Section** |
|  |  |
| **Date:  February 22, 2024** | **Counsel for Defendants Wetzel, Moore, Brant, Caro, Dialesandro, Feather, Funk, Gilmore, Jordan, Leggett, Lewis, McAnany, McGee, Mercier (Beers), Morris, Nicholson, Pokol, Shawley, Tomasky, Walters, Wood, Zaken, Trout, and Captain John Doe** |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SAMUEL B. RANDOLPH, IV, | : |
| **Plaintiff** | : |
| | : No.  2:19-CV-0790 |
| v. | : |
| | : Judge Dodge |
| JOHN WETZEL, SGT. GILMORE, DEPUTY DIALESANDRO, ZAKEN, CARO, FUNK, SARGENT TROUT, DR. DENISE MSYTH, LAWRENCE ALPERT, OFFICER JORDAN, C.O. I FEATHER, CO BRANDT, WILLIAM NICHOLSON, MARK HICE, RNS/ACTING (CHCA) JOHN MCANANY, P.A. RIDINGS, FIVE-MEMBER CERT TEAM FROM MAY 5, 2017, CO. LEWIS, HARRY CANCELMI, BRUCE POKOL, THREE JOHN DOE NURSES, MS. WOODS, KERI MOORE, ATTORNEY DOE, CO1 MCGEE, LT. MORRIS, SGT. WALTERS, TRACY SHAWLEY, CAPTAIN JOHN DOE, NURSE JAN MERCEIL, NURSE PAM TAKOWSKI AND MAJOR LEGGETT, | : Electronically Filed Document |
| **Defendants** | : |

## CERTIFICATE OF SERVICE

I, Jorden P. Colalella, Deputy Attorney General for the Commonwealth of Pennsylvania, Office of Attorney General, hereby certify that on February 22, 2024, I caused to be served a true and correct copy of the foregoing document titled *Notice of Appearance* to the following:

**VIA U.S. MAIL:**
**Samuel B. Randolph, IV**
**Penn State Health Milton S. Hershey Medical Center**
**MCH145, Room #32**
**500 University Drive**
**Hershey, PA 17033-0851**
*Pro Se Plaintiff*

**VIA ECF:**

**Marie M. Jones, Esquire**
**Michael R. Lettrich, Esuqire**
**JonesPassodelis PLLC**
**Gulf Tower, Suite 3410**
**707 Grant Street**
**Pittsburgh, PA 15219**
**mjones@jonespassodelis.com**
**mlettrich@jonespassodelis.com**
*Counsel for Defendant Cancelmi*

**Samuel H. Foreman**
**Keanna Adinae Seabrooks**
**Weber Gallagher Simpson Stapleton Fires & Newby**
**Four PPG Place, 5th Floor**
**Two Gateway Center**
**Pittsburgh, PA 15222**
**sforeman@wglaw.com**
**kseabrooks@wglaw.com**
*Counsel for Defendants Smyth, Hice, and P.A. Ridings*

                                             *s/ Jorden P. Colalella*
                                             **JORDEN P. COLALELLA**
                                             Deputy Attorney General